1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    WILLIE B. PENILTON IV,

11            Plaintiff,                    No. CIV S-03-2559 FCD KJM P

12        vs.

13    SACRAMENTO COUNTY, et al.,

14            Defendants.               ORDER

15    _____/

16            Plaintiff, a state prison inmate proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On May 16, 2005, the magistrate judge filed findings and recommendations herein

20    which were served on plaintiff and which contained notice to plaintiff that any objections to the

21    findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections

22    to the findings and recommendations.

23            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24    304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25    file, the court finds the findings and recommendations to be supported by the record and by

26    proper analysis.

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The findings and recommendations filed May 16, 2005, are adopted in full; and

3         2.  Plaintiff's complaint is dismissed without prejudice.

4 DATED:June 10, 2005

5

6                             /s/ Frank C. Damrell Jr.
                            FRANK C. DAMRELL JR.

7                             United States District Judge

/peni2559.804

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26